DOUGLAS HAN (SBN 232858)
SHUNT TATAVOS-GHARAJEH (SBN 272164)
WILLIAM WILKINSON (SBN 346777)
**JUSTICE LAW CORPORATION**
751 N. Fair Oaks Avenue, Suite 101
Pasadena, California 91103
Telephone: (818) 230-7502
Facsimile: (818) 230-7259
*Attorneys for* Plaintiff

Steven W. Moore (SBN 193068)
Cody T. Stroman (SBN 303413)
Aaron W. Wynhausen, *admitted pro hac vice*
Michael J. Rudd, *admitted pro hac vice*
Nicole H. Howell, *admitted pro hac vice*
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104-2670
Telephone:  (415) 364-5540
Facsimile:   (415) 391-4436
*Attorneys for* Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO ARROYO, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>BALTIMORE AIRCOIL COMPANY, INC., a Delaware corporation; AMSTED RAIL COMPANY, INC., a Delaware corporation; AMSTED RESIDUALS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, a California limited liability; AMSTED CORPORATION, a California corporation; and DOES 1 through 100, inclusive;<br>Defendants. | Case No.: 1:23-cv-00641-ADA-BAM<br><br>Honorable Ana de Alba<br>Courtroom #8 (6th Floor)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL DISCOVERY DEADLINES**<br><br>(Madera County Superior Court Case No. MCV089017)<br><br>Complaint Filed: March 22, 2023<br>Removal Filed: April 27, 2023<br>Trial Date: None Set |

1 **TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF**
2 **RECORD:**

3     Plaintiff Lorenzo Arroyo ("Plaintiff") and Defendants Baltimore Aircoil Company, Inc.
4 and Amsted Rail Company, Inc. ("Defendants") (collectively, the "Parties"), by and through their
5 respective counsel of record, hereby stipulate as follows:

6     WHEREAS, on March 22, 2023, Plaintiff filed his Complaint in the Madera County
7 Superior Court (Case No. MCV089017) (ECF 1-1).

8     WHEREAS, on or around April 5, 2023, the Parties' counsel met and conferred regarding
9 the matter and agreed to schedule an early mediation.

10     WHEREAS, on April 7, 2023, Plaintiff served initial discovery on Defendants, including
11 special interrogatories, requests for production of documents, requests for admission, and form
12 interrogatories, with the understanding that Defendants' discovery response deadlines would be
13 extended to date after the Parties' mediation once it was booked.

14     WHEREAS, on April 27, 2023, Defendants removed the action to the United States District
15 Court for the Eastern District of California (ECF 1).

16     WHEREAS, on May 8, 2023, Plaintiff voluntarily dismissed without prejudice named
17 defendants Amsted Corporation and Amsted Residuals, LLC, a California Limited Liability
18 Company (ECF 8, 9).

19     WHEREAS, on May 23, 2023, this Court issued an Order setting a Scheduling Conference
20 (the "Order") for July 26, 2023 (ECF 11).

21     WHEREAS, the Parties have scheduled a mediation for September 26, 2023 with respected
22 mediator Deborah Crandall Saxe, Esq. to potentially settle the matter.

23     WHEREAS, on June 30, 2023, the Parties' counsel met and conferred regarding matters
24 related to the informal discovery and exchange of documents needed to prepare for and conduct a
25 successful mediation.

26 / / /
27 / / /
28 / / /

1    WHEREAS, continuing the FRCP Rule 26(f) conference and discovery plan will promote
2 efficiency and conserve judicial and party resources by providing time for the Parties to attend
3 mediation and potentially settle the matter, which would have a significant impact on the Parties'
4 discovery plan.
5    WHEREAS, this stipulation is made without prejudice to the Parties requesting a further
6 continuance of the Rule 26(f) conference, discovery plan, joint reports, and any case management
7 conference, for good cause shown.
8    WHEREAS, in an effort to preserve judicial time and resources, the Parties propose to
9 continue the operative deadline for the Parties to confer pursuant to Rule 26(f) and the discovery
10 plan, and the issuance of any scheduling order or setting of a case management conference by this
11 Court.
12    NOW, THEREFORE, THE PARTIES BY COUNSEL HEREBY STIPULATE AND
13 PROPOSE as follows:
14    1.    The Parties' deadline to confer pursuant to FRCP Rule 26(f) shall be continued to
15 30 calendar days following the Parties' mediation, or pending further order of the Court, to
16 approximately October 26, 2023.
17    2.    The Parties' deadline to submit a discovery plan pursuant to Rule 26(f) shall also
18 be continued to 45 calendar days following the Parties' mediation, or pending further order of
19 the Court, to approximately November 10, 2023.
20    3.    Any and all discovery-related obligations, such as service of initial disclosures
21 pursuant to FRCP Rule 26(a), shall be suspended pending the Parties' mediation, and pending
22 further order of the Court.
23 / / /
24 / / /
25 / / /
26
27
28

2
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL DISCOVERY DEADLINES

4. The Scheduling Conference is continued and shall be rescheduled once the Parties have conferred pursuant to this Court's Order and FRCP Rule 26(f).

Dated: July 6, 2023                           Respectfully Submitted,

                                              **JUSTICE LAW CORPORATION**

                                              By:  /s/ William Wilkinson_____
                                                    Douglas Han
                                                    Shunt Tatavos-Gharajeh
                                                    William Wilkinson
                                                    *Attorneys for* Plaintiff

Dated: July 6, 2023                           Respectfully Submitted,

                                             **FOX ROTHSCHILD LLP**

                                              By:  /s/ Steven W. Moore_____
                                                   Steven W. Moore
                                                   Cody T. Stroman
                                                   Aaron W. Wynhausen
                                                   Michael J. Rudd
                                                   Nicole H. Howell

                                                   *Attorneys for* Defendants

DOUGLAS HAN (SBN 232858)
SHUNT TATAVOS-GHARAJEH (SBN 272164)
WILLIAM WILKINSON (SBN 346777)
**JUSTICE LAW CORPORATION**
751 N. Fair Oaks Avenue, Suite 101
Pasadena, California 91103
Telephone: (818) 230-7502
Facsimile: (818) 230-7259

*Attorneys for* Plaintiff

Steven W. Moore (SBN 193068)
Cody T. Stroman (SBN 303413)
Aaron W. Wynhausen, *admitted pro hac vice*
Michael J. Rudd, *admitted pro hac vice*
Nicole H. Howell, *admitted pro hac vice*
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104-2670
Telephone:  (415) 364-5540
Facsimile:   (415) 391-4436

*Attorneys for* Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO ARROYO, individually, and on behalf of other members of the general public similarly situated;<br><br>            Plaintiff,<br><br>     v.<br><br>BALTIMORE AIRCOIL COMPANY, INC., a Delaware corporation; AMSTED RAIL COMPANY, INC., a Delaware corporation; AMSTED RESIDUALS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, a California limited liability; AMSTED CORPORATION, a California corporation; and DOES 1 through 100, inclusive;<br>            Defendants. | Case No.: 1:23-cv-00641-ADA-BAM<br><br>Honorable Ana de Alba<br>Courtroom #8 (6th Floor)<br><br>**[PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE AND INITIAL DISCOVERY DEADLINES**<br><br>(Madera County Superior Court Case No. MCV089017)<br><br>Complaint Filed:   March 22, 2023<br>Removal Filed:    April 27, 2023<br>Trial Date:             None Set |

1
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL DISCOVERY DEADLINES

**[PROPOSED] ORDER**

Having read and considered the Parties' Joint Stipulation to Continue Initial Case Discovery Deadlines and good cause appearing, the Court orders as follows:

1. The Scheduling Conference set for July 26, 2023 is continued to **December 5, 2023 at 8:30 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall file a Joint Scheduling Report, in compliance with the Order Setting Mandatory Scheduling Conference (Doc. 2), one week prior to the conference. The parties shall appear at the conference remotely either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

2. As agreed by the parties, the Parties' deadline to confer pursuant to FRCP Rule 26(f) shall be continued to October 26, 2023.

3. As agreed by the parties, any and all formal discovery-related obligations, including service of initial disclosures pursuant to FRCP Rule 26(a), shall be suspended until the Scheduling Conference, at which time the Court will set deadlines for initial disclosures, discovery, and other pretrial and trial dates. The parties are not precluded from engaging in informal discovery to facilitate mediation discussions.

IT IS SO ORDERED.

Dated:   **July 18, 2023**          /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE